IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL RINEHART, | ) |
|     Plaintiff, | ) No. 4:23-cv-00267-SMR-SBJ |
| v. | ) |
| | ) **ORDER DISMISSING CASE** |
| NEWTON CORRECTIONAL FACILITY, et al, | ) |
|     Defendants. | ) |

Plaintiff Michael Rinehart filed this complaint under 42 U.S.C. § 1983 seeking reimbursement for the cost of a shirt that was not returned to him after he sent it to be laundered at the Iowa Medical and Classification Center. Pl.'s Comp. 4–5, ECF No. 1.

Rinehart did not pay the filing fee and did not submit the financial documents needed to support an application to pay the filing fee in installments under 28 U.S.C. § 1915(b). The Court therefore directed Rinehart to submit the filing fee or a properly supported application to proceed without prepaying the filing fee by no later than September 15, 2023. Order, ECF No. 2. The Court warned Rinehart that failure to submit the information would result in the dismissal of the case for failure to prosecute and comply with a court order. *Id.*

As of this date, Rinehart has not submitted the required information or filing fee.

**IT IS THEREFORE ORDERED** that the case is **dismissed**.

No filing fee is assessed.

Dated this __28th_ day of September, 2023.

STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA